908 A.2d 178

IN THE MATTER OF ALCIDES T. ANDRIL, AN ATTORNEY
AT LAW (ATTORNEY NO. 025201976).

October 18, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–174, concluding that **ALCIDES T. ANDRIL** of **ELIZABETH,** who was admitted to the bar of this State in 1976, should be censured for violating *RPC* 5.3(a) (failure to adopt and maintain reasonable efforts to ensure that nonlawyer employee conduct is compatible with professional obligations of lawyer), *RPC* 5.3(b) (failure to make reasonable efforts to ensure that nonlawyer employee conduct is compatible with professional obligations of lawyer), and *RPC* 8.1(a) (knowingly making false statement of material fact to disciplinary authorities), and good cause appearing;

It is ORDERED that **ALCIDES T. ANDRIL** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.